UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KARLA NAHOMI POVEDA MILLER,

Petitioner,

v.

CATHI COLLINS,

Respondent.

CAUSE NO. 3:26-CV-1301-CCB-SJF

**ORDER**

Immigration detainee Karla Nahomi Poveda Miller, by counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging the legality of her detention by United States Immigration and Customs Enforcement (ICE). She argued that she was entitled to habeas relief because she is not in removal proceedings before an immigration court and no removal order has ever been entered against her. She sought her immediate release from custody.

The respondent filed a motion to dismiss, stating that Poveda Miller was released from ICE custody the week of September 9, 2026. The respondent asks the court to dismiss the case as moot because Poveda Miller is no longer in custody. Poveda Miller did not file a response, and the time to do so has passed. *See* N.D. Ind. L.R. 7-1(d)(3)(A). Because Poveda Miller is no longer in ICE custody, her habeas petition challenging her detention has become moot. *E.F.L. v. Prim*, 986 F.3d 959, 962–63 (7th Cir. 2021) ("The Constitution limits our jurisdiction to resolving live 'Cases' and 'Controversies,' rather than issuing advisory opinions."); *Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588,

596 (7th Cir. 2006) ("For a case to be justiciable, a live controversy must continue to exist at all stages of review, not simply on the date the action was initiated."). Therefore, the case must be dismissed. *E.F.L.*, 986 F.3d at 962.

For these reasons, the court **GRANTS** the motion to dismiss (ECF 7), **DISMISSES** the petition (ECF 1) as moot, and **DIRECTS** the clerk to close this case.

SO ORDERED on October 13, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT